IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 06-30008-03-GPM |
| | ) |
| MICHAEL I. WILLETT, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on a motion filed by Defendant Michael Willett to amend his conditions of release to allow him to remain in Jacksonville, Florida, until his Bureau of Prisons (BOP) report date on August 18, 2006. The Court has confirmed with Defendant's Probation Officer that Defendant has been warned that he must secure transportation from Florida to FCI Waseca in Minnesota to allow him to timely report as directed by BOP.

Having been fully considered by the Court, the motion (Doc. 124) is **GRANTED**. Michael Willett's conditions of release are amended to allow him to remain in Jacksonville, Florida, until he travels to Minnesota to report to FCI Waseca on August 18th. This Order does not affect Defendant's surrender requirements. All other conditions of bond remain in effect.

**IT IS SO ORDERED.**

DATED: 08/08/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge